# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keenan, Barbara M. | U.S. Court of Appeals, 4th Circuit | 10/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

1100 East Main Street
Richmond, VA 23219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | Commonwealth of Virginia Defined Benefit Retirement Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Retirement Income - Commonwealth of Virginia | $151,363.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Virginia Retirement System - Monthly Payment |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America-Bank Accounts | A | Interest | O | T | | | | | |
| 2. BB&T -Bank Accounts | A | Interest | M | T | | | | | |
| 3. Rental Property #1: Jefferson County, WV | A | Rent | M | W | | | | | |
| 4. Rental Property #2: Jefferson County, WV | C | Rent | P1 | W | | | | | |
| 5. Trust Account #1 (H) | | | | | | | | | |
| 6. Wells Fargo Sweep Account (cash account) | A | Interest | J | T | Buy | 05/20/16 | K | | |
| 7. BB&T Bank Corp. common stock | D | Dividend | | | Sold | 08/08/16 | N | A | |
| 8. Cisco Systems-common stock | C | Dividend | L | T | | | | | |
| 9. Coca Cola Corp.-common stock | A | Dividend | K | T | | | | | |
| 10. Freeport McMoran-common stock | | None | K | T | | | | | |
| 11. Glaxo SmithKline-common stock | A | Dividend | J | T | | | | | |
| 12. Merk & Co.-common stock | B | Dividend | L | T | | | | | |
| 13. Pfizer Inc.-common stock | D | Dividend | M | T | | | | | |
| 14. Time Warner Cable-common stock | A | Dividend | | | Sold | 05/20/16 | K | | |
| 15. Time Warner Inc.-common stock | B | Dividend | L | T | | | | | |
| 16. Wells Fargo & Co.-common stock | A | Dividend | | | Sold | 08/08/16 | J | | |
| 17. Express Scripts Hldg. Co. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dominion Resources - common stock | D | Dividend | M | T | | | | | |
| 19. AOL - common stock (Y) | | | | | | | | | |
| 20. Bank of America Tax-Exempt Reserves CL | A | Interest | | | Sold | 04/29/16 | K | | |
| 21. Time Inc. | A | Dividend | J | T | | | | | |
| 22. Charter Communications Inc A | | None | K | T | Buy | 05/20/16 | K | | |
| 23. Amer Balanced FD CL A | B | Dividend | M | T | Buy | 07/21/16 | L | | |
| 24. | | | | | Buy (add'l) | 09/19/16 | L | | |
| 25. Capital Income BLDR Cl A | A | Dividend | K | T | Buy | 09/19/16 | K | | |
| 26. Capital World Bond FD CL A | A | Dividend | K | T | Buy | 09/19/16 | K | | |
| 27. Capital World Growth & Income FD Inc Class A | A | Dividend | K | T | Buy | 09/19/16 | K | | |
| 28. Income Fund Amer Inc Class A | B | Dividend | K | T | Buy | 09/19/16 | K | | |
| 29. Short Term Bond Fd Amer Inc Shares Class A | B | Dividend | N | T | Buy | 08/26/16 | N | | |
| 30. | | | | | Sold (part) | 09/19/16 | M | A | |
| 31. Brokerage Account #1 (H) | | | | | | | | | |
| 32. Wells Fargo Sweep Account (cash account) | A | Interest | J | T | Open | 04/29/16 | K | | |
| 33. MainStay Marketfield Fund (Y) | | | | | | | | | |
| 34. SPDR S&P 500 ETF Trust | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SSGA Active Multi Asset Fund | A | Dividend | J | T | | | | | |
| 36. Financial Invs TR Listed Private Equity | A | Dividend | J | T | | | | | |
| 37. Vanguard INTL EQTY ET Index FDS FTSE ALL WORLD | A | Dividend | K | T | | | | | |
| 38. Vanguard Total Bond Market Per Advisor | A | Dividend | J | T | | | | | |
| 39. FIA Card SVS NA Rasp MM Fund | A | Interest | | | Sold | 04/29/16 | K | | |
| 40. Amer Balanced FD CL A | A | Dividend | K | T | Buy | 07/21/16 | K | | |
| 41. Capital Income BLDR Cl A | A | Dividend | J | T | Buy | 07/21/16 | J | | |
| 42. Trust for Professional Managers Marketfield Fund Class I (X) | | None | J | T | | | | | |
| 43. Brokerage Account #2 (H) | | | | | | | | | |
| 44. Wells Fargo Sweep Account (cash account) | A | Interest | J | T | Buy | 04/29/16 | N | | |
| 45. Coca Cola Co.-common stock | A | Dividend | K | T | | | | | |
| 46. General Electric-common stock | B | Dividend | L | T | | | | | |
| 47. Intel Corp.-common stock | B | Dividend | K | T | | | | | |
| 48. IBM-common stock | B | Dividend | K | T | | | | | |
| 49. Pfizer Inc.-common stock | C | Dividend | M | T | | | | | |
| 50. Bank of America Muni Reserves Money Market | A | Interest | | | Sold | 04/28/16 | L | | |
| 51. Dominion Resources - common stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MainStay Market Field Fund (Y) | | | | | | | | | |
| 53. SPDR S&P ETF Trust | B | Dividend | K | T | | | | | |
| 54. SSGA Active Multi Asset | A | Dividend | J | T | | | | | |
| 55. Vanguard Total Bond Market | A | Dividend | K | T | | | | | |
| 56. Vanguard INTL EQTY EETF Index FDS FTSE ALL WORLD | A | Dividend | K | T | | | | | |
| 57. Financial INVS TR Listed Private Equity ED | A | Dividend | J | T | | | | | |
| 58. Merrill Lynch Bank Deposit Program | A | Interest | | | Sold | 04/28/16 | M | | |
| 59. American Funds Inflation Linked Bond Fun Cl a | A | Dividend | K | T | Buy | 07/21/16 | K | | |
| 60. American FDS Global Balanced FD CL A | B | Dividend | L | T | Buy | 07/21/16 | L | | |
| 61. Amer Mutual FD Inc A | B | Dividend | L | T | Buy | 07/21/16 | L | | |
| 62. Fundamental INVS Inc Class A | A | Dividend | L | T | Buy | 07/21/16 | L | | |
| 63. Trust for Professional Managers Marketfield Fund Class I (X) | | None | J | T | | | | | |
| 64. Trust Account #2 (H) | | | | | | | | | |
| 65. Wells Fargo Sweep (cash account) (X) | A | Interest | K | T | | | | | |
| 66. Altria Group - common stock | A | Dividend | K | T | | | | | |
| 67. Boeing Co. - common stock | A | Dividend | K | T | | | | | |
| 68. Cisco Systems Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Express Scripts Holding Co. - common stock (Y) | | | | | | | | | |
| 70. Freeport - McMoran Copper and Gold inc. - common stock | | None | K | T | | | | | |
| 71. General Electric Co. - common stock | A | Dividend | K | T | | | | | |
| 72. Hewlett-Packard Co. - common stock | A | Dividend | J | T | | | | | |
| 73. IBM - common stock | A | Dividend | J | T | | | | | |
| 74. Kraft Food Group - common stock | A | Dividend | J | T | | | | | |
| 75. Marriott Int'l - common stock | A | Dividend | K | T | | | | | |
| 76. Marriott Vacations Worldwide Corp. - common stock | A | Dividend | J | T | | | | | |
| 77. Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 78. Mondelez Int'l Inc. - common stock | A | Dividend | J | T | | | | | |
| 79. Mylan Inc. - common stock | | None | J | T | | | | | |
| 80. Pfizer - common stock | E | Dividend | O | T | | | | | |
| 81. Philip Morris International - common stock | B | Dividend | K | T | | | | | |
| 82. Reynolds American Inc. - common stock | A | Dividend | J | T | | | | | |
| 83. Time Warner Cable - common stock | A | Dividend | | | Sold | 05/20/16 | K | | |
| 84. Time Warner Inc. - common stock | A | Dividend | J | T | | | | | |
| 85. 3 M Co. - common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MFS Municipal - Open End Mutual Fund | C | Dividend | L | T | | | | | |
| 87. Sentinel Short Maturity Govt Fund - Open End Mutual Fund | A | Dividend | K | T | | | | | |
| 88. Eaton Vance Senior -Floating Rate Fund - Closed End Mut. | A | Dividend | J | T | | | | | |
| 89. Federal Premier Municipal Income Fund | A | Dividend | J | T | | | | | |
| 90. Time Inc. (Y) | | | | | | | | | |
| 91. Amer Balanced FD CL A | B | Dividend | M | T | Buy | 07/21/16 | M | | |
| 92. Capital World Bond FD | B | Dividend | L | T | Buy | 07/21/16 | L | | |
| 93. Capital World Growth & Income Fd Inc | C | Dividend | M | T | Buy | 07/21/16 | M | | |
| 94. Brokerage Account #3 (H) | | | | | | | | | |
| 95. Mainstay Marketfield Fund (Y) | | | | | | | | | |
| 96. SPDR S&P 500 ETF Trust | A | Dividend | K | T | | | | | |
| 97. SSGA Active Multi Asset Real Return | A | Dividend | J | T | | | | | |
| 98. Vanguard INTL EQTY EETF Index FDS FTSE ALL WORLD | A | Dividend | J | T | | | | | |
| 99. Vanguard Total Bond Mkt Per Advisor | A | Dividend | K | T | | | | | |
| 100. Financial INVS TR Listed Private Equity ED | A | Dividend | J | T | | | | | |
| 101. Bank of America RASP | A | Interest | | | Sold | 04/28/16 | J | | |
| 102. Capital World Growth & Income Fd Inc | A | Dividend | J | T | Buy | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trust for Professional Managers Marketfield Fund Class I (X) | | None | J | T | | | | | |
| 104. VIRGINIA CASH MATCH PLAN 401(A) #1 (H) | | | | | | | | | |
| 105. VRS Stable Value Fund (Y) | | | | | | | | | |
| 106. VRS Stock Fund | A | Dividend | J | T | | | | | |
| 107. COMMONWEALTH OF VA 457 DEFERRED COMP PLAN #1 (H) | | | | | | | | | |
| 108. VRS Inflation-Protected Bond Fund | | None | L | T | Buy | 10/28/16 | L | | |
| 109. VRS High-Yield Bond Fund | A | Dividend | | | Sold | 10/28/16 | L | | |
| 110. VRS Stock Fund | D | Dividend | M | T | | | | | |
| 111. VRS Small/Mid-Cap Stock Fund | C | Dividend | K | T | | | | | |
| 112. VRS International Stock Fund | | None | M | T | | | | | |
| 113. VIRGINIA CASH MATCH PLAN 401(A) #2 (H) | | | | | | | | | |
| 114. VRS Stable Value Fund (Y) | | | | | | | | | |
| 115. VRS Stock Fund | B | Dividend | J | T | | | | | |
| 116. COMMONWEALTH OF VA 457 DEFERRED COMP PLAN #2 (H) | | | | | | | | | |
| 117. VRS Inflation-Protected Bond Fund | | None | L | T | Buy | 10/28/16 | L | | |
| 118. VRS High-Yield Bond Fund | A | Dividend | | | Sold | 10/28/16 | L | | |
| 119. VRS Stock Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VRS Small/Mid-Cap Stock Fund | B | Dividend | K | T | | | | | |
| 121. VRS International Stock Fund | | None | M | T | | | | | |
| 122. Trust Account #3: (H) | | | | | | | | | |
| 123. BB&T Corp. (various accounts) | D | Interest | M | T | | | | | |
| 124. Brokerage Account #4 (H) | | | | | | | | | |
| 125. Bank of America NA RASP | A | Interest | | | Closed | 06/14/16 | K | | |
| 126. American FDS Portfolio Growth & Income Fund Class A | A | Dividend | K | T | Buy | 07/21/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 10/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3: Appraisal 2009; ownership interest is 25%.

Part VII, lines 4: Appraisal 2009; ownership interest is 33.3%.

Part VII, line 36: Name change; see 2015, line 25.

Part VII, line 37: Name change; see 2015, line 26.

Brokerage accounts #2, 3, and 4 of the 2015 report were combined into a single account identified in this report as Brokerage Account #1.

Part VII, line 56: Name change; see 2015, line 42.

Part VII, line 57: Name change; see 2015, line 43.

Part VII, line 98: Name change; see 2015, line 76.

Part VII, line 100: Name change; see 2015, line 78.

Part VII, lines 80-86 of the 2015 report have been split into separate 401(A) and self-directed deferred compensation accounts; holdings have been renamed, per the Virginia plan:

    Part VII, line 105 equates to 2015, line 81.

    Part VII, line 106 equates to 2015, line 86.

    Part VII, line 109 equates to 2015, line 83.

    Part VII, line 110 equates to 2015, line 82.

    Part VII, line 111 equates to 2015, line 85.

    Part VII, line 112 equates to 2015, line 84.

Part VII, lines 87-93 of the 2015 report have been split into separate 401(A) and self-directed deferred compensation accounts; holdings have been renamed, per the Virginia plan:

    Part VII, line 114 equates to 2015, line 88.

    Part VII, line 115 equates to 2015, line 93.

    Part VII, line 118 equates to 2015, line 90.

    Part VII, line 119 equates to 2015, line 89.

    Part VII, line 120 equates to 2015, line 92.

    Part VII, line 121 equates to 2015, line 91.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Keenan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544